FILED

MAY - 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 4:23 CR 00257 |
| | ) | Title 18, United States Code, |
| CHERELLE CONNER, | ) ) | Sections 922(a)(6), 924(a)(2), and 932(b)(1)(c) |
| Defendant. | ) ) | JUDGE BOYKO |

COUNT 1
(False Statement During Purchase of Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

1. On or about February 19, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHERELLE CONNER, in connection with the acquisition of a firearm, to-wit: a Smith & Wesson, Model SD9VE, 9mm pistol, bearing serial number FDF6789, from Cashland, 1100 E. Midlothian Boulevard, Youngstown, Ohio 44502, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Cashland, which statement was intended and likely to deceive Cashland, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that CHERELLE CONNER represented that she was the purchaser of the firearm, when in fact, she was purchasing said firearm for another individual, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 2
(False Statement During Purchase of Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

2. On or about August 8, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHERELLE CONNER, in connection with the acquisition of a firearm, to-wit: a Strassels Mach Inc., Model C9, 9mm pistol, bearing serial number P10092028, from Cashland, 1100 E. Midlothian Boulevard, Youngstown, Ohio 44502, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Cashland, which statement was intended and likely to deceive Cashland, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that CHERELLE CONNER represented that she was the purchaser of the firearm, when in fact, she was purchasing said firearm for another individual, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 3
(False Statement During Purchase of Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

3. On or about September 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHERELLE CONNER, in connection with the acquisition of a firearm, to-wit: a SCCY, Model CPX-1TTSG, 9mm pistol, bearing serial number C221203, from Expert Outfitters, 9074 Market Street, North Lima, Ohio 44452, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Expert Outfitters, which statement was intended and likely to deceive Expert Outfitters, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that CHERELLE CONNER represented that she was the

purchaser of the firearm, when in fact, she was purchasing said firearm for another individual, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 4
(False Statement During Purchase of Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

4. On or about October 3, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHERELLE CONNER, in connection with the acquisition of a firearm, to-wit: a Taurus, Model G2C, 9mm pistol, bearing serial number ADG508211, from Tactical Firearms, 3413 Canfield Road, Suite #3, Youngstown, Ohio 44511, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Tactical Firearms, which statement was intended and likely to deceive Tactical Firearms, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that CHERELLE CONNER represented that she was the purchaser of the firearm, when in fact, she was purchasing said firearm for another individual, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 5
(False Statement During Purchase of Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

5. On or about November 22, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHERELLE CONNER, in connection with the acquisition of a firearm, to-wit: a Taurus, Model PT111G2, 9mm pistol, bearing serial number TJR52801, from Expert Outfitters, 9074 Market Street, North Lima, Ohio 44452, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Expert Outfitters, which statement was intended and likely to deceive Expert

Outfitters, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that CHERELLE CONNER represented that she was the purchaser of the firearm, when in fact, she was purchasing said firearm for another individual, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 6
(Straw Purchasing of Firearms, 18 U.S.C. § 932(b)(1)(c))

The Grand Jury further charges:

6. On or about February 19, 2022, through November 22, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHERELLE CONNER, did knowingly purchase firearms, to wit: a Smith & Wesson, Model SD9VE, 9mm pistol, bearing serial number FDF6789; a SCCY, Model CPX-1TTSG, 9mm pistol, bearing serial number C221203; a Taurus, Model PT111 G2, 9mm pistol, bearing serial number TJR52801; and a Taurus, Model G2C, 9mm pistol, bearing serial number ADG508211, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of Jeremy Alexander, knowing or having reasonable cause to believe that Jeremy Alexander had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, specifically Burglary in violation of Ohio Revised Code §2911.12(A)(3)(D) in the Lucas County Common Pleas Court on or about July 3, 2019, in violation of Title 18, United States Code, Section 932(b)(1)(c).

FORFEITURE

The Grand Jury further charges:

7. For the purpose of alleging forfeiture pursuant to Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 6 are incorporated

4

herein by reference. As a result of the foregoing offense, Defendant CHERELLE CONNER, shall forfeit, all firearms and ammunition involved in or used in the commission of the violations charged in Counts 1 through 6.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.